FILED: April 11, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1118
(2:13-cv-32179)

_____

JEREMY A. POWELL; TINA POWELL, individually and on behalf of a class of similarly-situated persons

      Plaintiffs - Appellants

v.

THE HUNTINGTON NATIONAL BANK

      Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

      Response brief due: 05/22/2017

      Any reply brief: June 12, 2017

For the Court--By Direction

/s/ Patricia S. Connor, Clerk